## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO.** 6:16-cr-00239 |
| **VERSUS** | * | **JUDGE** Minaldi |
| **NATHANIEL SAVOY** | * | **MAGISTRATE JUDGE** Whitehurst |

### BILL OF INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

### Falsifying Report
### [18 U.S.C. § 1519]

On or about March 8, 2015, in the Western District of Louisiana, the defendant, NATHANIEL SAVOY, acting in relation to and in contemplation of a matter within the jurisdiction of the United States, knowingly falsified and made a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter.  Specifically, Defendant Savoy wrote and filed an official police report, in which he stated, in pertinent part, that he had happened upon five packs of shingles lying on the side of the road and had loaded them onto his truck for safekeeping.  Those statements were false, as Defendant Savoy then well knew, as he had in fact conspired with an accomplice to unlawfully enter the premises of Doug Ashy Building Materials and steal approximately twenty packs of shingles, and he had used his authority as a police officer to facilitate the crime and cover up his involvement. Defendant Savoy made these false statements with the intent to impede, obstruct, or

influence the investigation into his color-of-law conspiracy to deprive Doug Ashy Building Materials of its property, a matter within federal jurisdiction.

All in violation of Title 18, United States Code, Section 1519.   [18 U.S.C. § 1519].

Respectfully submitted,

STEPHANIE A. FINLEY
United States Attorney

By: _____
JAMILLA A. BYNOG (Bar No. 32807)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618


VANITA GUPTA
Principal Deputy Assistant Attorney General

By: _____ for CJP
CHRISTOPHER J. PERRAS
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
601 D Street, N.W.
Washington, DC 20004
(202) 353-1130
(Massachusetts Bar No. 682002)